

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00184-CV

———————————————

VIKAS BANSAL, BIG ROCCOS LLC, AND ARYA GROUP LLC, Appellants

V.

BRIXMOR TRINITY COMMONS SPE LIMITED PARTNERSHIP, Appellee

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-336895-22

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Appellants Vikas Bansal, Big Roccos LLC, and Arya Group LLC filed a notice of appeal from the trial court's default judgment, but the trial court then granted their timely-filed motion for new trial. *See* Tex. R. App. P. 26.1(a), Tex. R. Civ. P. 329b. Consequently, on June 7, 2023, this court notified the parties that the appeal appeared to be moot and that unless a party filed a response showing grounds for continuing the appeal, we would dismiss the appeal. No response has been filed.

Because the trial court's order moots the appeal, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

Per Curiam

Delivered: August 3, 2023